U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2016 MAY 31 AM 8: 42

CLERK

BY _____
DEPUTY CLERK

Henry Foster

Jasmine Foster
_____
        Plaintiff(s)

                                    Civil Action No: 5:16-CV-141

        vs.
Crystal Parra; Gloria Parra; Jennifer Jennings DCF;
Amanda Nigrello DCF; Britta Puring DCF; Sarah Star, Esq.;
Robert Backus P.C.; Pamela Marsh P.C.;
Judge Robert Mellow; David Fenstner states Att;
Judge Samuel Hoar;    Defendant(s)
Chris Perkett State's Att.

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit indicates, s/he is unable to pay such costs or give security therefore.

Dated at ___Rutland_____ , Vermont, this ___31st___ day
of ___May_____ , 20 16 .

_____
Plaintiff

(Rev. 3/12)